■ GLENN FREEDMAN et al., Respondents, v RICHARD S. BRADDOCK et al., Appellants. LEO HERSHMAN et al., Respondents, v RICHARD S. BRADDOCK et al., Appellants. [609 NYS2d 777] —Order, Supreme Court, New York County (Burton Sherman, J.), entered May 17, 1993, unanimously affirmed for the reasons stated by Sherman, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Asch, Rubin, Nardelli and Williams, JJ.